[No. 14635-5-II.    Division Two.    March 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GREGORY TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-1-00110-4, Gary W. Velie, J., entered January 4, 1991. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.

[Nos. 12422-3-III; 13373-7-III.    Division Three.    March 2, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EVARISTO DUARTE, *Appellant*.

*In the Matter of the Personal Restraint of* EVARISTO DUARTE, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00283-9, Michael W. Leavitt, J., entered May 4, 1992, together with a petition for personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 13295-1-III.    Division Three.    March 2, 1995.]

GISELA THOMPSON, ET AL, *Respondents*, v. LEONARD J. DURAND, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-02100-8, Michael W. Leavitt, J., entered May 14, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.